TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00020-CR







Howard Leslie Harrison, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT


NO. 7409, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. James H. Kreimeyer, is ordered to tender a brief in this cause no later than July 12,
2004. No further extension of time will be granted.

It is ordered May 27, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish